UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYA WILLOW SIAS,

                Plaintiff,        24-cv-8674 (JGK)

     - against -               ORDER

AMMAR MAHMOUD, M.D., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 10, 2025.

SO ORDERED.

Dated:    New York, New York
           December 23, 2024

                                            John G. Koeltl
                                  United States District Judge