# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  |  | HOUSTON |
| DANIEL J. FETTERMAN | NEW YORK, NEW YORK 10019 | LOS ANGELES |
| DIRECT DIAL: (212) 506-1934 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 500-3434 |  | NEWARK |
| DFETTERMAN@KASOWITZ.COM | FAX: (212) 506-1800 | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

February 6, 2025

**VIA ECF**

The Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> [Handwritten order:] The 2/25/25 conference is canceled. The parties should provide a status report by 3/25/25. So ordered. [signed] 2/6/[Koeltl]/USDJ

Re: *Sias v. Mahmoud, et al*
    **Case No. 24-8674**

Dear Judge Koeltl:

We represent Dr. Ammar Mahmoud and Alinea Medical Associates P.C. in the above-captioned matter and write with the consent of all parties.

We are pleased to report that the parties have recently begun settlement discussions relating to this matter. Given the potential of a settlement, the parties respectfully request that the initial conference scheduled for February 25, 2025 be continued to March 25, 2025 (the parties have not previously requested a continuance of this conference), and that the February 11, 2025 deadline for Defendants to move or respond to the Amended Complaint be continued to March 25, 2025 (this is Defendants' second request for a continuance of this deadline). The reason for this request is that the parties require more time to work towards a potential settlement.

Please do not hesitate to contact us with any questions or concerns. We thank the Court in advance for its attention to this application.

Respectfully submitted,

*Daniel J. Fetterman*

Daniel J. Fetterman