UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAYA WILLOW SIAS,

                              Plaintiff,                        **ORDER**
                                                                                 **24-CV-8674 (JGK)(JW)**

                 -against-

AMMAR MAHMOUD, M.D., et al.,

                              Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

       In light of Defendants' counsel's pending motion to withdraw, Dkt. No. 28, the pre-settlement conference scheduled on July 10, 2025 and settlement conference scheduled on July 23, 2025 are adjourned *sine die*. If the parties are interested in settlement in the future, please contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov.

       SO ORDERED.

DATED:    New York, New York
                 July 7, 2025

                                                                      _____
                                                                      JENNIFER E. WILLIS
                                                                      United States Magistrate Judge