UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAYA WILLOW SIAS,

                Plaintiff,

    -against-

AMMAR MAHMOUD, M.D., et al.,

                Defendants.
------------------------------------------------------------------

**ORDER**
24-CV-8674 (JGK)(JW)

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Court is in receipt of defense counsel's motion to withdraw. Dkt. No. 28. The Court orders counsel for Plaintiff, counsel for the Defendants, defendant Ammar Mahmoud, and a representative for defendant Alinea Medical Associates P.C. to appear for a conference on September 25, 2025 at 10:30 AM. It will be held at Courtroom 228 of 40 Foley Square, New York, New York 10007.

      SO ORDERED.

DATED:    New York, New York
                August 22, 2025

                                                               _Jennifer E. Willis_
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge