```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MAYA WILLOW SIAS,

                Plaintiff,        24-cv-8674 (JGK)

    - against -              ORDER

AMMAR MAHMOUD M.D., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

On September 23, 2025, the Court directed the defendants to explain why this case should not be remanded to the Supreme Court of the State of New York, New York County, for lack of subject matter jurisdiction. ECF No. 38. The defendants have informed the Court that they do not oppose remand. ECF No. 39.

Therefore, for the reasons stated in the Court's September 23, 2025, Order, this action is **remanded** to the Supreme Court of the State of New York, New York County.

The Clerk is respectfully requested to close this case and to close all pending motions.

SO ORDERED.

Dated:    New York, New York
           October 6, 2025

                                    John G. Koeltl
                              United States District Judge